1  MORGAN, LEWIS & BOCKIUS LLP
   Kathy H. Gao, SBN 259019
2  kathy.gao@morganlewis.com
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:   +1.213.612.2500
   Fax:  +1.213.612.2501
5
   Attorneys for Defendant
6  BUTH-NA-BODHAIGE, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  TYRONE THOMPSON, individually       Case No. 2:21-cv-06332-JFW-MAAx
    and on behalf of all others similarly
12  situated,                           **DEFENDANT'S NOTICE OF
                                        SETTLEMENT**
13               Plaintiff,

14        vs.

15  BUTH-NA-BODHAIGE, INC., d/b/a
    THE BODY SHOP a Virginia
16  corporation; and DOES 1 to 10
    inclusive,
17
                 Defendants.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 LOS ANGELES

DB2/ 42497540.1

1    **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF**

2    **RECORD:**

3        **PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff

4    Tyrone Thompson and Defendant Buth-Na-Bodhaige, Inc. (collectively, the

5    "Parties"), the above-captioned matter has been resolved.  The Parties anticipate

6    filing a Stipulation of Dismissal within 60 days.

7

8    Dated:  February 2, 2022            MORGAN, LEWIS & BOCKIUS LLP

9                                       By    */s/ Kathy H. Gao*
                                             KATHY H. GAO
10                                           Attorney for Defendant
                                             BUTH-NA-BODHAIGE, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DB2/ 42497540.1